UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
NO. 1:19-CV-00294

| | |
|---|---|
| THERESA ANNE EVANS and STEVEN MICHAEL EVANS, | )<br>)<br>)<br>) |
| vs. | )     **ORDER** |
| FOREST RIVER, INC., | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on its own motion to Continue Trial Date. Specifically, the Courts finds a need for delay due to concerns about the availability and safety of jurors and witnesses due to the impact of the COVID-19 pandemic. Having considered the matter, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that this matter is **CONTINUED** to the **April 2021** term.

Signed: January 26, 2021

Max O. Cogburn Jr
United States District Judge