# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## Case Number: 1:19-cv-294-MOC-WCM

| | |
|---|---|
| THERESA ANNE EVANS, et al., | )<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) ORDER |
| FOREST RIVER, INC., | )<br>)<br>) |
| Defendant. | ) |

FILED IN COURT
ASHEVILLE, NC
APR 0 5 2021
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

---

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

Entered this 5th day of April, 2021.

Max O. Cogburn, Jr
United States District Judge